**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JIMMY D. CLARK**                                                                            **PETITIONER**
Reg # 57808-080

VS.                                      NO. 4:10-cv-02029-DPM-BD

**UNITED STATES OF AMERICA**                                                **RESPONDENT**

**RECOMMENDED DISPOSITION**

I.      **Procedure for Filing Objections**

The following Recommended Disposition has been sent to United States District Judge D. P. Marshall Jr.  Any party may file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

  Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

**II. Discussion**

  On December 20, 2010, Jimmy D. Clark, a federal prisoner proceeding pro se, filed a petition for writ of habeas corpus (docket entry #2) under 28 U.S.C. § 2241. In the petition, Mr. Clark claims the Bureau of Prisons ("BOP") was projected to release him on December 30, 2010, but, because of good time credit he earned, the BOP should release him on December 23, 2010. (#2 at p. 4)

  Along with his petition, Mr. Clark also submitted a motion to proceed *in forma pauperis* (#1). The Prison Litigation Reform Act requires a prisoner seeking to bring a civil action without prepayment of fees to submit a proper and complete application to proceed *in forma pauperis*, along with a calculation sheet prepared and signed by an authorized officer of the correctional facility where he is being held. 28 U.S.C. § 1915(a).

  In this case, the Petitioner did not file a calculation sheet prepared and signed by an authorized official as part of his application to proceed *in forma pauperis*. Because he did not submit a complete motion for leave to proceed *in forma pauperis*, on December 22, 2010, the Court entered an order (#4) denying his request to proceed *in forma pauperis* and granting him thirty days to pay the filing fee or file a complete motion for

leave to proceed *in forma pauperis*. In the order, the Court notified Mr. Clark that failure to comply with the Court's order could result in dismissal of his case under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

On January 11, 2011, mail sent to Mr. Clark was returned as undeliverable. (#6) The BOP released Mr. Clark on December 30, 2010, and he has not notified the Court of his new address. Further, he has not paid the filing fee or filed a motion for leave to proceed *in forma pauperis* within the time allowed in the Court's order.

**III.   Conclusion**

For the foregoing reasons, the Court recommends that the District Court dismiss the Complaint without prejudice under Local Rule 5.5(c)(2).

DATED this 25th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE