IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY D. CLARK                                                                PETITIONER
Reg. # 57808-080

v.                                    Case No. 4:10-cv-2029-DPM

UNITED STATES OF AMERICA                                       RESPONDENT

ORDER

The Court has carefully reviewed the Recommended Disposition from Magistrate Judge Beth Deere. Clark has not filed any objections because, having not provided the Clerk with his current address, he has not received the Recommended Disposition. In the circumstances, the Court sees no legal error or clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Deere's recommended disposition, *Document No. 7*, as its own. Clark's petition is dismissed without prejudice for failing to comply with Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 Feb. 2011